UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-21698-CIV-MARTINEZ**

ATHOS OVERSEAS, LTD.,

    Plaintiffs,

v.

YOUTUBE, INC. *et al.*,

    Defendants.

_____/

**ORDER OF RECUSAL**

The undersigned Judge, to whom the cause was assigned, hereby recuses himself and refers this matter to the Clerk of Court for permanent reassignment pursuant to 28 U.S.C. § 455.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of May, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record