UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-21698-DPG

ATHOS OVERSEAS, LTD.

        Plaintiff,

vs.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE, LLC,

        Defendants.

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants YouTube, Inc., YouTube, LLC, and Google LLC ("Defendants") respond to Plaintiff Athos Overseas, Ltd. ("Plaintiff")'s Motion to Strike Defendants' Notice of Supplemental Authority (Dkt. No. 32, "Motion"), which alerted the Court to Judge Davila's recent ruling in *Harrington v. Pinterest, Inc.*, 2021 U.S. Dist. LEXIS 167983 (N.D. Cal. Sep. 3, 2021).

Plaintiff's Motion suggests that Defendants' Notice of Supplemental Authority (Dkt. No. 31, "Notice") provided improper "references which double as argument." *See* Mot. 3. Defendants' one-page Notice violated no rule of this Court. Indeed, as set forth in Chief Judge Altonaga's September 8, 2021 Administrative Order 2021-78 (Exhibit 1), the Court's proposed Local Rule 7.8 provides that notices of supplemental authority "shall contain citations to the supplemental authority and shall ***state the reasons*** for the filing of the supplemental citations, referring either to the page of the motion or memorandum of law or to a point argued orally." *See* Ex. 1 at 7 (emphasis added). That is precisely what Defendants' Notice did. Consistent with the Court's proposed rule and for the Court's ease of reference, the Notice identified relevant citations and the reasons for submitting *Harrington* as supplemental authority, including by referring to the relevant pages of Defendants' Motion to Dismiss and reply brief. *See* Notice at 2.

There is no basis for striking that submission, much less for disregarding *Harrington*, which is squarely on point and confirms that Defendants' motion to dismiss Plaintiff's claim under 17 U.S.C. § 1202 should be granted.

Dated:  September 28, 2021

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone:  (305) 789-3229
Facsimile:   (305) 789-2664

By:  */s/ Jay B. Shapiro*
Jay B. Shapiro, Esq.
Florida Bar No. 776361
jshapiro@stearnsweaver.com
David T. Coulter, Esq.
Florida Bar No. 119874
dcoulter@stearnsweaver.com

WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5801

Brian M. Willen, Esq.
(*Pro Hac Vice*)
bwillen@wsgr.com
Lucy Yen, Esq.
(*Pro Hac Vice*)
lyen@wsgr.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                 */s/Jay B. Shapiro*  
                 JAY B. SHAPIRO, ESQ.

## SERVICE LIST

Case No. 1:21-cv-21698-DPG
United States District Court, Southern District of Florida

Rey Dorta, Esq.
Florida Bar No. 0084920
Omar Ortega, Esq.
Florida Bar No. 0095117
Rosdaisy Rodriguez, Esq.
Florida Bar No. 112710
Natalie A. Ferral, Esq.
Florida Bar No. 1012314
**DORTA & ORTEGA, P.A**
3860 SW 8th Street, PH
Coral Gables, Florida 33134
Telephone:(305) 461-5454
Facsimile: (305) 461-5226
oortega@dortaandortega.com
rdorta@dortaandortega.com
rrodriguez@dortaandortega.com
nferral@dortaandortega.com
dcruz@dortaandortega.com

*Counsel for Plaintiff*