UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-21698- DPG

ATHOS OVERSEAS, LTD.

        Plaintiff,

vs.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE, LLC,

        Defendants.
_____/

**JOINT NOTICE OF NINETY DAYS EXPIRING**

Pursuant to Local Rule 7.1(b)(4), Plaintiff Athos Overseas, Ltd., and Defendants YouTube, LLC, and Google, LLC ("Defendants"), jointly file this Notice of Ninety Days Expiring with respect to Defendants' Motion to Dismiss and Supporting Memorandum of Law (DE 14), and in support state:

1.    On June 22, 2021, Defendants filed and served their Motion to Dismiss and Supporting Memorandum of Law (DE 14).

2.    On July 13, 2021, Plaintiff filed and served its Response to Defendants' Motion to Dismiss and Supporting Memorandum of Law (DE 21).

3.    On July 30, 2021, Defendants filed and served their Reply Memorandum in Support of Motion to Dismiss (DE 29).

4.    On September 8, 2021, Defendants filed a Notice of Supplemental Authority (DE 31). In response to that Notice of Supplemental Authority, Plaintiff filed, on September 24, 2021, a Motion To Strike and Response to Defendants' Notice of Supplemental Authority (DE 32), in

response to which Defendants filed, on September 28, 2021, Defendants' Response to Plaintiff's Motion to Strike Defendants' Notice of Supplemental Authority (DE 33).

5. No hearing has been set on Defendants' Motion to Dismiss (DE 14).

6. Local Rule 7.1(b)(4), states in pertinent part:

With respect to:

(A) any motion in an civil case . . . that has been pending and fully briefed with no hearing set thereon for a period of ninety (90) days . . the movant, whether party or non-party, shall file and serve on all parties and any affected non-parties fourteen (14) days thereafter a "Notification of Ninety Days Expiring" . . . .

S.D.Fla. L.R. 7.1(b)(4).

7. Defendants' Motion to Dismiss (DE 14) has been fully briefed and pending for more than ninety days and no hearing has been set on the motion. Accordingly, the parties jointly file this Notice of Ninety Days Expiring.

Dated: March 14, 2022                                             Respectfully submitted,

| DORTA & ORTEGA, P.A<br>3860 SW 8th Street, PH<br>Coral Gables, Florida 33134<br>Telephone:(305) 461-5454<br>Facsimile: (305) 461-5226<br><br>By:   /s/ Rey Dorta<br>        Rey Dorta, Esq.<br>        Florida Bar No. 0084920<br>        rdorta@dortaandortega.com<br>        Omar Ortega, Esq.<br>        Florida Bar No. 0095117<br>        oortega@dortaandortega.com<br>        Rosdaisy Rodriguez, Esq.<br>        Florida Bar No. 112710<br>        rrodriguez@dortaandortega.com<br>        Natalie A. Ferral, Esq.<br>        Florida Bar No. 1012314<br>        nferral@dortaandortega.com | STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>150 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Telephone: (305) 789-3229<br>Facsimile:  (305) 789-2664<br><br>By:   /s/ Jay B. Shapiro<br>        Jay B. Shapiro, Esq.<br>        Florida Bar No. 776361<br>        jshapiro@stearnsweaver.com<br>        David T. Coulter, Esq.<br>        Florida Bar No. 119874<br>        dcoulter@stearnsweaver.com<br><br>WILSON SONSINI GOODRICH &<br>ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor |

2

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

| | |
|---|---|
| Yvette C. Buergo, Esq.<br>Florida Bar No. 1003212<br>ybuergo@dortaandortega.com<br><br>*Counsel for Plaintiff* | New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br><br>Brian M. Willen, Esq.<br>(pro hac vice)<br>bwillen@wsgr.com<br>Lucy Yen, Esq.<br>(pro hac vice)<br>lyen@wsgr.com<br>Dylan Byrd, Esq.<br>(pro hac vice)<br>dbyrd@wsgr.com<br><br>*Counsel for Defendants* |

3

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/Jay B. Shapiro*
JAY B. SHAPIRO, ESQ.

4

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

## SERVICE LIST

Case No. 1:21-cv-21698-DPG
United States District Court, Southern District of Florida

Rey Dorta, Esq.
Florida Bar No. 0084920
Omar Ortega, Esq.
Florida Bar No. 0095117
Rosdaisy Rodriguez, Esq.
Florida Bar No. 112710
Natalie A. Ferral, Esq.
Florida Bar No. 1012314
Yvette C. Buergo, Esq.
Florida Bar No. 1003212
**DORTA & ORTEGA, P.A**
3860 SW 8th Street, PH
Coral Gables, Florida 33134
Telephone:(305) 461-5454
Facsimile: (305) 461-5226
oortega@dortaandortega.com
rdorta@dortaandortega.com
rrodriguez@dortaandortega.com
nferral@dortaandortega.com
dcruz@dortaandortega.com

*Counsel for Plaintiff*