UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

CASE NO.: 1:21-cv-21698-GAYLES/TORRES

ATHOS OVERSEAS, LTD.,

    Plaintiff,

v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE, LLC,

    Defendants.
_____/

## JOINT MOTION TO CONTINUE PRETRIAL DEADLINES AS SET FORTH IN THIS HONORABLE COURT'S SCHEDULING ORDER

Plaintiff, Athos Overseas, Ltd. ("Plaintiff") and Defendants YouTube, Inc. and Google, LLC, ("Defendants," collectively referred to as "Parties") respectfully request that this Honorable Court enter an Order granting this Joint Motion to Continue Pretrial Deadlines as set forth by the Scheduling Order [DE 30] (the "Motion").

1. On August 11, 2021, this Court signed the Scheduling Order [DE 30].

2. The matter is set for trial during the Court's two-week trial calendar beginning on Monday, February 27, 2023.

3. The calendar call is set for Wednesday, February 22, 2023.

4. A status conference is set for Wednesday, November 16, 2022.

5. Although the Parties have been diligently working to comply with the deadlines set forth in the Scheduling Order it has become necessary to modify the dates set forth therein to properly complete discovery, disclose experts, and prepare the matter for trial.

1

6. The Parties have prepared the proposed Amended Scheduling Order with the goal of ensuring there is sufficient time to comply with all the deadlines contained therein. The parties met and conferred on April 20, 2022 and agreed to the joint filing of this Motion.

7. Federal Rule of Civil Procedure 6(b) allows the Court to grant an extension of time, for good cause, "[w]hen an act may or must be done within a specified time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . . ." Fed. R. Civ. P. 6(b)(1)(A).

8. This Motion is made in good faith and not for the purposes of delay. Granting the extension requested herein will not unduly prejudice any party.

9. As required by Local Rule 7.1(a)(2), this Motion to Continue Pretrial Deadlines is accompanied by a proposed order.

WHEREFORE, Plaintiff and Defendants respectfully request the Court grant this Joint Motion to continue pretrial deadlines as set forth in the Court's Scheduling Order.

Dated: April 21, 2022

Respectfully submitted,

| | |
|---|---|
| **DORTA & ORTEGA, P.A.** | **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.** |
| /s/ Rey Dorta, Esq. | /s/ Jay B. Shapiro |
| Rey Dorta, Esq. | Jay B. Shapiro, Esq. |
| Florida Bar No. 0084920 | Florida Bar No. 776361 |
| Omar Ortega, Esq. | David T. Coulter, Esq. |
| Florida Bar No. 0095117 | Florida Bar No. 119874 |
| Rosdaisy Rodriguez, Esq. | 150 West Flagler Street |
| Florida Bar No. 112710 | Suite 2200 |
| Yvette C. Buergo, Esq. | Miami, Florida 33130 |
| Florida Bar No. 1003212 | Phone: (305) 789-3229 |
| 3860 SW 8th Street, PH | Fax: (305) 789-2664 |
| Coral Gables, FL 33134 | Email: jshapiro@stearnsweaver.com |
| Phone: (305) 607-8876 | Email: dcoulter@stearnsweaver.com |
| Fax: (305) 461-5226 | |
| Email: rdorta@dortaandortega.com | **WILSON SONSINI GOODRICH & ROSATI, P.C.** |
| Email: oortega@dortaandortega.com | Brian M. Willen, Esq. |
| Email: rrodriguez@dortaandortega.com | (*Pro Hac Vice*) |
| Email: ybuergo@dortaandortega.com | Lucy Yen, Esq. |
| Email: dkoch@dortaandortega.com | (*Pro Hac Vice*) |
| | Dylan Byrd, Esq. |
| *Counsel for Plaintiff* | 1301 Avenue of the Americas |
| | 40th Floor |
| | New York, New York 10019 |
| | Phone: (212) 999-5800 |
| | Fax: (212) 999-5801 |
| | Email: bwillen@wsgr.com |
| | Email: lyen@wsgr.com |
| | Email: dbyrd@wsgr.com |
| | |
| | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 21, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                                */s/  Rey Dorta*