**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-21698-Civ-GAYLES/TORRES

ATHOS OVERSEAS, LTD.,

    Plaintiff,

vs.

YOUTUBE, INC., et al,

    Defendants.

_____/

**DISCOVERY ORDER**

This matter was before the Court on discovery disputes raised at a discovery calendar held June 23, 2022. The Court considered the parties' arguments on several issues and the Court announced its rulings on the record of the hearing together with the supporting reasoning. This Order is entered to memorialize those rulings on the docket.

1. Plaintiff's request to compel its Request for Production No. 1 is **GRANTED-IN-PART**, and Defendants' objections to that Request are **OVERRULED-IN-PART AND SUSTAINED-IN-PART**. Plaintiff's Request No. 1 shall be limited to require Defendants to produce preserved copies of videos that YouTube removed pursuant to Plaintiff's DMCA takedown notices that allegedly correspond to the Works in Suit Plaintiff has identified. Defendants shall begin to produce documents pursuant to that limited request by July 7, 2022.

2. Plaintiff's request to compel its Request for Production No. 60 is **DENIED WITHOUT PREJUDICE** in light of Defendants' forthcoming production of YouTube's Transparency Report, which shall be produced by July 7, 2022.

3. Plaintiff's request to compel its Request for Production No. 88 is **DENIED**, and Defendants' objections to that Request are **SUSTAINED**.

4. Defendants' request to compel Plaintiff to provide supplemental information in response to Defendants' Interrogatory No. 17 is **GRANTED-IN-PART** and **DEFERRED-IN-PART**. By July 7, 2022, Plaintiff shall supplement its response to Interrogatory No. 17 to identify all facts supporting its damages claims. If Plaintiff elects to rely on documents for its supplemental response to Interrogatory No. 17, Plaintiff must identify the specific Bates and page numbers of those documents in its supplemental response. Plaintiff is not required at this time to include in its response to Interrogatory No. 17 Plaintiff's calculation of damages, as such calculation may be the subject of Plaintiff's damages expert report. However, once Defendants have received Plaintiff's damages expert report, Defendants will be permitted to take additional fact discovery related to Plaintiff's damages, even if the discovery deadline has elapsed, including additional depositions on damages issues as needed.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of June, 2022.

EDWIN G. TORRES
United States Magistrate Judge