UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FLORIDA

CASE NO. 1:21-cv-21698-DPG

ATHOS OVERSEAS LIMITED CORP.,

   *Plaintiff,*

v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE, LLC,

   *Defendants.*
_____/

# PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, Athos Overseas Limited Corp. (the "Plaintiff"), pursuant to Southern District of Florida Local Rule 56.1(a), hereby files this Statement of Material Facts in Support of Plaintiff's Motion for Partial Summary Judgment.

1. Carlos Vasallo, through Plaintiff, is the owner of the largest catalog of Latinamerican films, which include movies by the most beloved and renowned Hispanic actors like Cantinflas and Vicente Fernandez. See Amended Complaint, ¶2[1]; Ps. Depo. 040:10 – 042:04[2].

2. Plaintiff holds the copyrights registration to these important movies, including the ones at issue in this action. Ps. Depo. 040:10 – 041:02. see Plaintiff's ESI productions of documents to Defendants' identified as ATHOS003 *unredacted* (containing the

---

[1] The Amended Complaint is available in ECF No. 100 and will be cited as "AC ___".
[2] "Ps Depo." refers to the deposition of Plaintiff's Corporate Representative. The deposition transcript is attached hereto as Exhibit 1.

Plaintiff's direct copyrights to each film or the assignment of the copyright conveyed to it by the previous copyright owner).

3. Since 2014, Plaintiff has been monitoring YouTube's infringement of its movies. Rogs, ¶5[3].

4. Since 2014, Plaintiff has been monitoring infringement of its movies on YouTube and sending take-down notices to YouTube to stop the infringement and protect its catalog. Rogs, ¶5; Ps. Depo. 030:16-17; see Ps. Depo. 041:22-23 ("YouTube [has] been sent 10,000 notices"); AC at Ex. B; Plaintiff's ESI productions of documents to Defendants' identified as ATHOS001, ATHOS012 (reflecting the take-downs notices Plaintiff sent to Defendants since 2014).

5. Plaintiff filed a Complaint on May 3, 2021, to stop Defendants from their continued infringement of its copyrights. ECF No. 1.

6. The Complaint seeks to recover damages caused to Plaintiff for the rampant infringement of its films. See ECF No. 1, 100. The specific films at issue (the "Works in Suit"), approximately 500 (Ps. Depo. 108:22-23), were identified in discovery in document bate-numbered ATHOS_0022611.

7. The Complaint was amended with leave of Court to correct a misnomer in Plaintiff's name. ECF Nos. 98, 100.

8. The Amended Complaint did not change any facts or legal issues. See ECF No. 90.

9. Defendants filed their Answer and Affirmative Defenses to the AC pleading the following affirmative defenses: (1) DMCA Safe Harbors; (2) License; (3) Fair Use; (4)

---

[3] "Rogs. __" refers to Plaintiff's Supplemental Response to the Third Amended Response to Defendants' First Set of Interrogatories served by Plaintiff on August 30, 2022, and attached hereto as Exhibit 2.

*Athos Overseas, Ltd., v. YouTube, Inc., et. al.*
Plaintiff's Statement of Material Facts in Support of Motion for Partial Summary Judgment
Page 2 of 5

Estoppel; (5) Failure to Mitigate; (6) Statute of Limitations; (7) Substantial Non-Infringing Use; (8) *De Minimis* Use; (9) Waiver; and, (10) Unclean Hands. ECF No. 106.

10. Neither the Plaintiff, its agents, or any third party has provided Defendants with a license, consent or permission to use, perform, display or reproduce Plaintiff's copyrighted works. Ds. Depo[4]. 023:01-03; 023:09-12; 025:19-22; 023:13-025:22; 027:21-24; 028:02-09; 028:16-23; 030:18-23; 033:04-06; 034:07-034:11; 043:15-18; 044:11-044:25; 045:17-046:01; 059:10-059:12; 059:16 - 059:22.

11. Defendants have not presented evidence showing that any of the unauthorized videos of Plaintiff's films posted on the YouTube platform constituted fair use. Ds. Depo.047:08-12; 047:15-048:01; 48:16-21; 053:06-054:06; 054:09-054:10, 055:01-055:03, 055:07-055:10.

12. Defendants' have not presented evidence substantiating their estoppel defense showing Plaintiff or its agents made representations to Defendants authorizing the posting of Plaintiff's films on YouTube and that Defendants relied on those representations. Ds. Depo.060:12 - 060:22; 061:07-11; 062:15-21; 064:25-065:06.

13. Defendants' do not have evidence that Plaintiff failed to mitigate its damages because the defense solely relates to infringements that are not part of this lawsuit. Ds. Depo.066:25-067:02; 067:07-23; Ds. Depo.068:07-068:11.

14. All infringements at issue in this action accrued within the statute of limitations period. See ECF No. 44.

---

[4] "Ds Depo. ___" refers to the deposition of Defendants' Corporate Representative designated to testify about Defendants' affirmative defenses, Brian Carver.

*Athos Overseas, Ltd., v. YouTube, Inc., et. al.*
Plaintiff's Statement of Material Facts in Support of Motion for Partial Summary Judgment
Page 3 of 5

15. Plaintiff seeks damages for Defendants' infringement beginning on May 3, 2018. <u>See</u> Plaintiff's Damages Expert Witness Report at p.4 (confirming the "Damages Period" starts three years prior to the Complaint, which is May 3, 2018, and is ongoing.")

16. Defendants maintain copies of the Plaintiff's videos removed pursuant to a take-down notice. <u>See</u> Defendants' ESI Productions to Plaintiff (including approximately 3,302 videos showing Plaintiff's content).

17. Defendants have no evidence supporting their *de minimis* use defense. Ds. Depo.077:17-20, 077:07-11.

18. Defendants have no evidence showing Plaintiff waived its copyright claims. Ds. Depo.079:01-080:14; 089:21-23.

19. Defendants' Unclean Hands defense was raised for the first in the Answer and Affirmative Defenses to the Amended Complaint and without leave of Court. <u>See</u> ECF Nos. 47, 106.

Respectfully submitted,
**DORTA & ORTEGA, P.A.**
<u>/s/ Omar Ortega</u>
Omar Ortega, Esq.
Florida Bar No.: 0095117
Reinaldo Dorta, Esq.
Florida Bar No.: 0084920
Rosdaisy Rodriguez, Esq.
Florida Bar No.: 0112710
3860 S.W. 8th Street, PH
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305)461-5226
Email: OOrtega@dortaandortega.com
Email: RDorta@dortaandortega.com
Email: RRodriguez@dortaandortega.com
Email: DKoch@dortaandortega.com
Email: DCruz@dortaandortega.com

***Counsel for Plaintiff***

*Athos Overseas, Ltd., v. YouTube, Inc., et. al.*
<u>Plaintiff's Statement of Material Facts in Support of Motion for Partial Summary Judgment</u>
Page 4 of 5

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that a true and correct copy of the foregoing has been served via automated e-mail on all counsel of record:

                                      /s/ Omar Ortega
                                      Omar Ortega

| | |
|---|---|
| **Jay B. Shapiro, Esq.**<br>**David T. Coulter Esq.**<br>Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone:(305) 7869-3229<br>Facsimile: (305) 789-2664<br>Email: jshapiro@stearnsweaver.com<br>Email: dcoulter@stearnsweaver.com<br>***Counsel for Defendants*** | **Brian M. Willen, Esq.**<br>**Lucy Yen, Esq.**<br>Wilson Sonsini Goodrich & Rosati, P.A.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: lyen@wsgr.com<br>***Counsel for Defendants*** |

*Athos Overseas, Ltd., v. YouTube, Inc., et. al.*
<u>Plaintiff's Statement of Material Facts in Support of Motion for Partial Summary Judgment</u>
Page 5 of 5