United States District Court
Southern District of Florida

Case Number: 21 CV 21698

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: Miami

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

| Documents/Exhibits Retained in Supplemental Files (Scanned) |
|---|
| ___ • Poor quality scanned images (i.e. Handwritten, Photographs) |
| ___ • Surety bonds |
| ___ • Bound extradition papers |

| Documents/Exhibits Retained in Supplemental Files (Not Scanned) |
|---|
| ___ • CD, DVD, USB drive. (i.e. Audio/Visual) |

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: _____

Revised: 2/20/2019

