UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:21-cv-21698- DPG

ATHOS OVERSEAS, LTD.,

    Plaintiff,

v.

YOUTUBE, LLC, and
GOOGLE, LLC,

    Defendants.
_____/

FILED BY ___ D.C.

JAN 03 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**DEFENDANTS' NOTICE OF CONVENTIONAL FILING**

Please take notice that Exhibits I, K, L, and M the Declaration of Brian Willen (Dkt. No. 140-1) are being filed conventionally via thumb drive (two copies enclosed) for the following reason:

[X] A Court Order (copy attached)

[ ] It cannot be converted to an electronic format.

[ ] A technical failure of the Court's CM/ECF website on _____ date _____.

Dated: January 3, 2023

Respectfully submitted,

By: _____
JAY B. SHAPIRO
Florida Bar No. 776361
jshapiro@stearnsweaver.com
DAVID T. COULTER
Florida Bar No. 119874
dcoulter@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 789-3200
Fax: (305) 789-339

– and –

BRIAN M. WILLEN (*admitted pro hac*)
bwillen@wsgr.com
LUCY YEN (*admitted pro hac*)
lyen@wsgr.com
CATHERINE HARTMAN
chartman@wsgr.com (*admitted pro hac*)
NATHALIE M. GORMAN
ngorman@wsgr.com (*pro hac pending*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5801

DYLAN J. BYRD (*admitted pro hac*)
dbyrd@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 515-5100

*Counsel for Defendants*

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2023, a copy of the foregoing document was served on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

_____
JAY B. SHAPIRO, ESQ.

3

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

## SERVICE LIST

Case No. 1:21-cv-21698-DPG
United States District Court, Southern District of Florida

Rey Dorta, Esq.
Florida Bar No. 0084920
Omar Ortega, Esq.
Florida Bar No. 0095117
Rosdaisy Rodriguez, Esq.
Florida Bar No. 112710
Natalie A. Ferral, Esq.
Florida Bar No. 1012314
**DORTA & ORTEGA, P.A**
3860 SW 8th Street, PH
Coral Gables, Florida 33134
Telephone:(305) 461-5454
Facsimile: (305) 461-5226
oortega@dortaandortega.com
rdorta@dortaandortega.com
rrodriguez@dortaandortega.com
nferral@dortaandortega.com
dcruz@dortaandortega.com

*Counsel for Plaintiff*

4

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

| | |
|---|---|
| From: | cmecfautosender@flsd.uscourts.gov |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 1:21-cv-21698-DPG Athos Overseas Limited Corp. v. YouTube, Inc. et al Order on Motion for Leave to File |
| Date: | Thursday, December 15, 2022 10:30:36 AM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 12/15/2022 at 10:30 AM EST and filed on 12/15/2022
**Case Name:**   Athos Overseas Limited Corp. v. YouTube, Inc. et al
**Case Number:**   1:21-cv-21698-DPG
**Filer:**
**Document Number:** 144(No document attached)

**Docket Text:**
**PAPERLESS ORDER granting [142] Defendants' Motion for Leave to File Exhibits Conventionally. Defendants shall file conventionally Exhibits I, K, L, and M to the Declaration of Brian Willen. Signed by Judge Darrin P. Gayles (bhy)**


**1:21-cv-21698-DPG Notice has been electronically mailed to:**

Brian M. Willen    bwillen@wsgr.com

Catherine R. Hartman    chartman@wsgr.com

David T. Coulter    dcoulter@stearnsweaver.com, jaybar@stearnsweaver.com

Dylan J. Byrd    dbyrd@wsgr.com

Jay Brian Shapiro    jshapiro@stearnsweaver.com, mrt@stearnsweaver.com

Lucy Yen    lyen@wsgr.com

Nathalie M. Gorman    ngorman@wsgr.com

Omar Ortega    oortega@dortaandortega.com, dcruz@dortaandortega.com, dkoch@dortaandortega.com, rdorta@dortaandortega.com, rrodriguez@dortaandortega.com, ybuergo@dortaandortega.com

Reinaldo J. Dorta , Jr    rdorta@dortaandortega.com, dcruz@dortaandortega.com, dkoch@dortaandortega.com, oortega@dortaandortega.com, rrodriguez@dortaandortega.com

Rosdaisy Rodriguez Arriaga    rrodriguez@dortaandortega.com

**1:21-cv-21698-DPG Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Natalie A. Ferral
Dorta , Ortega, P.A.
11444 SW 100th Terrace
Miami, FL 33176



## STEARNS WEAVER MILLER
## WEISSLER ALHADEFF & SITTERSON

Museum Tower ■ 150 West Flagler Street ■ Suite 2200 ■ Miami, FL 33130

**DISK**

CASE NO. 1:21-cv-21698-DPG
ATHOS OVERSEAS, LTD.
v.
GOOGLE LLC

### CAUTION
Do not bend or fold
Avoid exposure to all magnetic fields

**United States District Court**
**Southern District of Florida**

Case Number: 21cv 21698

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must **not** be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

✓ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

\*\* All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 1-3-2022