UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-21698-DPG

ATHOS OVERSEAS LIMITED CORP.,

        Plaintiff,

v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE LLC,

        Defendants.

**JOINT MOTION FOR TELEPHONIC STATUS CONFERENCE**

Plaintiff Athos Overseas Limited Corp. and Defendants YouTube LLC and Google LLC jointly request that the Court schedule a brief telephonic status conference anytime this week (January 10-13, 2023) to discuss the current status and trial-readiness of this case. The parties believe no more than 15-20 minutes of the Court's time will be necessary.

This case is currently set for trial on the Court's two-week trial calendar beginning on February 27, 2023 (*see* Amended Scheduling Order dated April 26, 2022, Dkt. No. 52), and has never been continued. As set forth below, in light of recent developments and the case's current procedural posture, the parties jointly request a brief telephonic status conference sometime during the week of January 10-13, 2023 to get the Court's views as to the current case schedule.

On November 30, 2022, in accordance with the deadlines set forth in the Court's April 26, 2022 Amended Scheduling Order, the parties filed a number of dispositive and non-dispositive motions, including:

- Plaintiff's motion for partial summary judgment (Dkt. No. 113);
- Defendants' motion for summary judgment (Dkt. No. 115);

- Defendants' Daubert/Rule 702 motion to exclude testimony from Sam Rogers (Dkt. No. 117); and
- Defendants' Daubert/Rule 702 motion to exclude testimony from Doug Bania (Dkt. No. 118);

On December 30, 2022, this Court entered an order referring to Chief Magistrate Judge Edwin G. Torres all motions, dispositive and non-dispositive, for a report and recommendation ("R&R") or ruling as appropriate. Dkt. No. 155. In addition to those pending motions, the parties anticipate filing additional and substantial motions in limine and other pre-trial motions on or before January 17, 2023, which is the current deadline for such motions *See* Dkt. 163 ("All pretrial motions and memoranda of law, including motions in limine, shall be filed on or before January 17, 2023[.]"). In accordance with this Court's December 30, 2022 order of referral, we presume those motions shall also be decided in the first instance by Chief Magistrate Judge Torres.

In light of the current procedural posture of the case, the parties believe it makes sense to discuss with the Court whether it intends to try the case on the current schedule. For example, assuming that within the next thirty days Chief Magistrate Judge Torres issues: (1) R&Rs on the pending summary judgment motions; and (2) rulings on the pending Daubert/Rule 702 motions, any objections to such R&Rs and rulings will not be fully briefed for the Court's consideration prior to the current trial date. *See* Local Magistrate Judge Rules 4(a) and (b) (establishing, for both dispositive and non-dispositive motions, fourteen-day period for filing of objections and fourteen days thereafter for filing of responses to those objections). Given the significance of the pending motions and the impact they will have on any trial (including, in the case of Defendants' summary judgment motion, whether trial will be necessary at all), both parties want the Court to have sufficient time to digest and issue final rulings on those motions sufficiently in advance of trial so that the parties may appropriately prepare their cases.

Moreover, briefing on the forthcoming motions in limine and other pretrial motions will not be completed in the first instance until February 7, 2023. As a result, even assuming Chief Magistrate Judge Torres were to issue a ruling on those motions within a week or two after they are fully briefed, briefing on any objections to those rulings would not be due until mid-to-late March of 2023, well after the current trial date.

Consequently, the parties request a brief telephonic status conference to review and discuss these matters with the Court in order to get the Court's view on whether it intends to proceed with the trial on the currently scheduled two-week calendar starting February 27, 2023.

Dated: January 9, 2023.                                         Respectfully submitted,

| DORTA & ORTEGA, P.A.<br>3860 Southwest 8th Street<br>Coral Gables, FL 33134<br>Telephone: (305) 607-8876<br>Facsimile: (305) 46-5226<br><br>By:     */s / Omar Ortega*<br>          Rey Dorta, Esq.<br>          Florida Bar No. 0084920<br>          rdorta@dortaandortega.com<br>          Omar Ortega, Esq.<br>          Florida Bar No. 0095117<br>          oortega@dortaandortega.com<br>          Rosdaisy Rodriguez, Esq.<br>          Florida Bar No. 112710<br>          rrodriguez@dortaandortega.com<br><br>**Counsel for Plaintiff** | STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>150 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Telephone:  (305) 789-3229<br>Facsimile:   (305) 789-2664<br><br>By:     */s/ Jay B. Shapiro*<br>          Jay B. Shapiro, Esq.<br>          Florida Bar No. 776361<br>          jshapiro@stearnsweaver.com<br>          David T. Coulter, Esq.<br>          Florida Bar No. 119874<br>          dcoulter@stearnsweaver.com<br><br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone:  (212) 999-5800<br>Facsimile:   (212) 999-5801<br><br>Brian M. Willen, Esq. (*admitted pro hac*)<br>bwillen@wsgr.com<br>Lucy Yen, Esq. (*admitted pro hac*)<br>lyen@wsgr.com<br>Catherine Hartman, Esq. (*admitted pro hac*) |

| | |
|---|---|
| | chartman@wsgr.com<br><br>**_Counsel for Defendants_** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2023, a copy of the foregoing document was served on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

        By: _/s/ Jay B. Shapiro_
             JAY B. SHAPIRO

**SERVICE LIST**

Case No. 1:21-cv-21698-DPG
United States District Court, Southern District of Florida

Rey Dorta, Esq.
Florida Bar No. 0084920
Omar Ortega, Esq.
Florida Bar No. 0095117
Rosdaisy Rodriguez, Esq.
Florida Bar No. 112710
Natalie A. Ferral, Esq.
Florida Bar No. 1012314
**DORTA & ORTEGA, P.A**
3860 SW 8th Street, PH
Coral Gables, Florida 33134
Telephone:(305) 461-5454
Facsimile: (305) 461-5226
oortega@dortaandortega.com
rdorta@dortaandortega.com
rrodriguez@dortaandortega.com
nferral@dortaandortega.com

*Counsel for Plaintiff*