UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-21698-DPG

ATHOS OVERSEAS LIMITED CORP.,

    Plaintiff,

v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE, LLC,

    Defendants.

**JOINT STIPULATION CONCERNING DEFENDANTS
<u>YOUTUBE, LLC AND GOOGLE LLC'S MOTION FOR ATTORNEYS' FEES</u>**

Plaintiff Athos Overseas Limited Corp., and Defendants YouTube, LLC and Google LLC, by and through their undersigned counsel, hereby stipulate as follows in the above-entitled lawsuit:

WHEREAS, the Court's May 2, 2024 Report and Recommendation on Defendants' Motion for Attorneys' Fees and Costs (Dkt. 206, "R&R") requested that YouTube provide supplemental briefing on the issue of "the reasonableness of [YouTube's] fee amount sought under" Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA"), Florida Statutes § 501.2105(1). R&R at 23;

WHEREAS, the Court expected that "[t]he parties should be able to agree on the fees proximately related to the FDUPTA claim." *Id.* at 24;

WHEREAS, the parties met and conferred on May 13, 2024. YouTube explained that it sought $72,454.67 for the fees it incurred in defeating Plaintiffs' FDUTPA claim, and inquired whether Plaintiff would stipulate to that amount to obviate the need for further briefing;

WHEREAS, on May 22, 2024, Plaintiff confirmed that it would not object to the finding in the Report and Recommendation that YouTube was entitled to attorneys' fees for defending against the FDUTPA claim, and that Plaintiff does not contest the amount of hours that YouTube devoted to defeating the FDUTPA claim;

WHEREAS, the only remaining issue is the sum total of attorneys' fees that YouTube has reasonably incurred in connection with defeating Plaintiff's FDUTPA claim;

WHEREAS, to avoid further briefing, the parties agree to apply the following hourly rate to determine the reasonable fees that YouTube is entitled to under FDUTPA: $760/hour per partner and $450/hour per associate. This hourly rate is specific only to the FDUTPA fees sought by YouTube and is made without prejudice to YouTube seeking its full fees as related to defeating Plaintiff's copyright claims. YouTube's entitlement to fees relating to the copyright portion of the

case is presently before the District Court after YouTube objected to the Report and Recommendation on that issue. *See* Dkt. 207; and

WHEREAS, applying the agreed-upon hourly rates for the partners and associates who represented YouTube in connection with obtaining the dismissal of Plaintiff's FDUTPA claims, the parties agree and hereby stipulate that YouTube should be awarded $64,806 in attorneys' fees under FDUTPA;

NOW THEREFORE, based on the above stipulation, the parties agree that YouTube is entitled to its reasonable fees of $64,806 in connection with its defeat of Plaintiff's FDUTPA tying claim.

Dated: May 22, 2024

By:

| | |
|---|---|
| DORTA & ORTEGA, P.A<br>3860 SW 8th Street, PH<br>Coral Gables, Florida 33134<br>Telephone:(305) 461-5454<br>Facsimile: (305) 461-5226<br><br>By:   */s/ Omar Ortega*<br>      Rey Dorta, Esq.<br>      Florida Bar No. 0084920<br>      rdorta@dortaandortega.com<br>      Omar Ortega, Esq.<br>      Florida Bar No. 0095117<br>      oortega@dortaandortega.com<br>      Rosdaisy Rodriguez, Esq.<br>      Florida Bar No. 112710<br>      rrodriguez@dortaandortega.com<br><br>*Counsel for Plaintiff* | STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>150 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Telephone:  (305) 789-3229<br>Facsimile:   (305) 789-2664<br><br>By:   */s/ Jay B. Shapiro*<br>      Jay B. Shapiro, Esq.<br>      Florida Bar No. 776361<br>      jshapiro@stearnsweaver.com<br>      David T. Coulter, Esq.<br>      Florida Bar No. 119874<br>      dcoulter@stearnsweaver.com<br><br>WILSON SONSINI GOODRICH &<br>ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800 |

|  | Facsimile: (212) 999-5801<br><br>Brian M. Willen, Esq.<br>(pro hac vice)<br>bwillen@wsgr.com<br>Lucy Yen, Esq.<br>(pro hac vice)<br>lyen@wsgr.com<br>Dylan Byrd, Esq.<br>(pro hac vice)<br>dbyrd@wsgr.com<br><br>*Counsel for Defendants* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Jay B. Shapiro*
Jay. B. Shapiro