UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-21698-DPG

ATHOS OVERSEAS LIMITED CORP.,

    Plaintiff,

v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE, LLC,

    Defendants.

## NOTICE OF APPEAL

Defendants YouTube, LLC and Google LLC (collectively, "YouTube") appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's July 16, 2024 Order ("Order") [Dkt. No. 210] Adopting Chief Magistrate Judge Edwin G. Torres's Report and Recommendation ("Report") that YouTube's Motion for Fees and Motion for Costs Be Granted in Part and Denied in Part [Dkt. No. 206]. Specifically, YouTube appeals the Order's adoption of the Report's denial of YouTube's attorneys' fees under the Copyright Act, 17 U.S.C. § 505.

    Respectfully submitted,

Dated: August 13, 2024

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3229
Facsimile: (305) 789-2664

By: /s/ Jay B. Shapiro
    Jay B. Shapiro, Esq.
    Florida Bar No. 776361
    jshapiro@stearnsweaver.com
    Jenea M. Reed, Esq.

        Florida Bar No. 84599
        jreed@stearnsweaver.com

        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation
        1301 Avenue of the Americas, 40th Floor
        New York, NY 10019
        Telephone: (212) 999-5800
        Facsimile: (212) 999-5801
        Brian M. Willen, Esq. (*pro hac vice*)
        bwillen@wsgr.com
        Dylan Byrd, Esq. (*pro hac vice*)
        dbyrd@wsgr.com

        ***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

        */s/ Jay B. Shapiro*
        JAY B. SHAPIRO, ESQ.

## SERVICE LIST

Case No. 1:21-cv-21698-DPG
United States District Court, Southern District of Florida

Rey Dorta, Esq.
Florida Bar No. 0084920
Omar Ortega, Esq.
Florida Bar No. 0095117
Rosdaisy Rodriguez, Esq.
Florida Bar No. 112710
Yvette C. Buergo, Esq.
Florida Bar No. 1003212
**DORTA & ORTEGA, P.A**
3860 SW 8th Street, PH
Coral Gables, Florida 33134
Telephone:(305) 461-5454
Facsimile: (305) 461-5226
oortega@dortaandortega.com
rdorta@dortaandortega.com
rrodriguez@dortaandortega.com
ybuergo@dortaandortega.com
dcruz@dortaandortega.com

*Counsel for Plaintiff*